## U.S. DISTRICT COURT OF THE DISTRICT OF COLUMBIA

JULIE BEBERMAN,  )
(preferred) P.O. Box 223029,  )
Christiansted, V.I. 00822  )
(residential) 5049 Tulipan Lane  )
Christiansted, U.S. Virgin Islands 00820  )
(340) 277-1613,  )

       Petitioner,

v.

SECRETARY OF STATE ANTONY BLINKEN,  )
IN HIS OFFICIAL CAPACITY,  )

       Respondent.

Case: 1:22-cv-00144
Assigned To : Kelly, Timothy J.
Assign. Date : 1/5/2022
Description: Pro Se Gen. Civ. (F-DECK)

PETITION FOR REVIEW

## PETITION FOR REVIEW

COMES NOW Petitioner Julie Beberman, pro se, and for her Petition for Review alleges as follows:

1. This is a petition for judicial review of Orders and a Decision of the Foreign Service Grievance Board [hereinafter "the Board" or "the FSGB"] in FSGB No. 2016-036.

### I.   Orders and Decision Appealed

2. The Orders and Decision appealed, in whole or in part, which will be filed with the Court after the Department issues its Certification of the Record of Proceedings (ROP), are:

    a. ORDER: INTERIM RELIEF issued March 18, 2019;

    b. ORDER: MOTION FOR RECONSIDERATION AND MOTION TO STRIKE, issued September 30, 2019;

    c. ORDER: REQUEST TO CONTINUE TEMPORARY INTERIM RELIEF, issued November 7, 2019;

    d. ORDER: MOTION TO COMPEL; issued May 11, 2020;

    e. ORDER: MOTION FOR RECONSIDERATION OF DENIAL OF INTERIM RELIEF & MOTION FOR PARTIAL RECONSIDERATION OF DENIAL OF MOTION TO COMPEL, issued September 30, 2020;

    f. DECISION, issued July 15, 2021; and

    g. ORDER: MOTION FOR ATTORNEY'S FEES, issued September 27, 2021.

## II.   The Parties

3. Petitioner Julie Beberman served as a Foreign Service Officer career candidate in the Foreign Service of the U.S. Department of State [hereinafter "the Department"]. She retired involuntarily from the Foreign Service on October 31, 2019.

4. Respondent Antony Blinken is the Secretary of State and is sued only in his official capacity.

## III.   Jurisdiction and Venue

5. This action arises under Foreign Service Act of 1980 (FSA), 22 U.S.C. § 3901 *et seq*.

6. The Board's Orders and Decision are reviewable under FSA § 1110, 22 U.S.C. § 4140 in accordance with standards set forth in the Administrative Procedure Act, 5 U.S.C. § 701 *et seq*.

7. This petition is timely because, in accordance with 22 U.S.C. § 4140, it is filed with 180 days of the issuances of the Board's Decision.

8. The Court has federal subject matter jurisdiction under 28 U.S.C. § 1331.

9. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(e)(1).

## IV.   Brief Background

10. Beberman served as a Foreign Service Officer career candidate.

11. On March 25, 2016, Beberman submitted a grievance for Department review in AGS 2016-025

12. The Department denied her grievance on July 7, 2016.

13. On July 11, 2016, Beberman appealed the Department's decision to the FSGB.

14. The Board, in FSGB No. 2016-036, issued the series of Orders and the Decision identified in paragraph 2 of this Petition for Review.

15. Beberman seeks review of each of such Orders and the Board's Decision in whole or in part.

16. Beberman will present the grounds for her Petition in a Motion for Summary Judgment citing to the ROP in this matter, after the Department issues its Certification of the ROP.

17. Beberman respectfully requests that this Court issue a briefing schedule after Respondent is served.

### Prayer for Relief

Beberman respectfully requests that this Court:

a. Reverse, vacate, or remand with directions to modify the Orders and Decision the FSGB issued in FSGB No. 2016-036;

b. Order Beberman's retroactive reinstatement in the Foreign Service;

c. Order backpay, front pay, benefits (including related to the Thrift Saving Plan, and the loss of benefits Beberman experienced as a result of being denied tenure and transferred to Washington, D.C), and other compensatory damages;

d. Award attorney's fees if warranted and costs; and

e. Grant all other relief deemed just, equitable, and proper.

Respectfully submitted,

DATED: December 28, 2021

Julie A. Beberman
P.O. Box 223029
Christiansted, V.I. 00822
(340) 277-1613
OilGenie@yahoo.com

3